# United States Bankruptcy Court
## Southern District of Florida

In re **Clyde Ray, Jr.**                                                                 Case No.
                            Debtor(s)                                                     Chapter **13**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. Which chapter of the Bankruptcy Code are you choosing to file under:

   | | **Petition Filing Fee** | | **Initial Installment Payment** | **Final Installment Payment** |
   |---|---|---|---|---|
   | ☐ | Chapter 7: | **$335** | **$167.50** | **$167.50** |
   | ☐ | Chapter 11: | **$1,717** | **$858.50** | **$858.50** |
   | ☐ | Chapter 12: | **$275** | **$137.50** | **$137.50** |
   | ☐ | Chapter 13: | **$310** | **$155.00** | **$155.00** |

2. I am unable to pay the full filing fee with the petition and apply to pay in installments in accordance with Bankruptcy Rule 1006, Local Rule 1006-1 and the current mandatory payment schedule established by this court.

3. I understand that, in order for this application to be approved absent further order of the court, I must have paid half of the filing fee due at the time of filing my petition and I must pay the remaining half which equals $ _____ on or before 60 days from the filing date of my petition.

4. I understand that payment must be in cash or cashier's check unless submitted electronically by an attorney.

5. I understand that if I fail to pay the fee when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts. If I am a chapter 13 debtor, I understand that upon confirmation of my plan, the unpaid balance of the filing fee must be paid in full. If I am a chapter 7 debtor, I understand my discharge will not be entered until my filing fee is paid in full.

6. I understand that I must pay the entire filing fee before making any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with this bankruptcy case.

| /s/ Carolina A. Lombardi | November 20, 2014 | /s/ Clyde Ray, Jr. | November 20, 2014 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor (In a joint case, both spouses must sign.) | Date |
| **Carolina A. Lombardi 241970** | | | |
| Name of Attorney | | Signature of Joint Debtor (if any) | Date |

LF-3(rev. 06/30/14)