# UNITED STATES BANKRUPTCY COURT
## MIAMI
### SOUTHERN DISTRICT OF FLORIDA DIVISION

CASE NO.: 14-35622-BKC-RAM
PROCEEDING UNDER CHAPTER 13

**IN RE:**

CLYDE RAY, JR

DEBTOR_____/

## REPORT OF COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **December 02, 2018**. The Debtor has complied with the said order.

2. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 20th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. Neidich*_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　　　　　　　　　　MIRAMAR, FL  33027-9806

CC: CLYDE RAY, JR
　　　CAROLINA A. LOMBARDI, ESQUIRE